No. 76–212.  METROPOLITAN SCHOOL DISTRICT OF PERRY TOWNSHIP, MARION COUNTY, INDIANA *v.* BUCKLEY ET AL.;

No. 76–458.  SCHOOL TOWN OF SPEEDWAY, MARION COUNTY, INDIANA, ET AL. *v.* BUCKLEY ET AL.; and

No. 76–468.  METROPOLITAN SCHOOL DISTRICT OF LAWRENCE TOWNSHIP, MARION COUNTY, INDIANA, ET AL. *v.* BUCKLEY ET AL.  Appeals from C. A. 7th Cir.; and

No. 76–515.  BOWEN, GOVERNOR OF INDIANA, ET AL. *v.* UNITED STATES ET AL.;

No. 76–520.  BOARD OF SCHOOL COMMISSIONERS OF INDIANAPOLIS ET AL. *v.* BUCKLEY ET AL.; and

No. 76–522.  HOUSING AUTHORITY OF INDIANAPOLIS *v.* BUCKLEY ET AL.  C. A. 7th Cir.  Certiorari granted in Nos.

76–515, 76–520, and 76–522. Judgment vacated and cases remanded for further consideration in light of *Village of Arlington Heights v. Metropolitan Housing Development Corp.*, *ante*, p. 252; and *Washington v. Davis*, 426 U. S. 229 (1976). MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE STEVENS dissent.